

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 0 2005

CLERK, U.S. DISTRICT COURT
By _____
             Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BILL DERLETH,                          §
                                       §
                Petitioner,            §
                                       §
v.                                     §      Civil Action No. 3:05-CV-1681-L
                                       §
UNITED STATES OF AMERICA,              §
                                       §
                Respondent.            §

## ORDER

Petitioner Bill Derleth filed this application for the writ of habeas corpus under 28 U.S.C.

§ 2241. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this

action was referred to the United States magistrate judge for proposed findings and recommendation.

On August 25, the Findings, Conclusions and Recommendation of the United States Magistrate

Judge were filed, to which no objections were filed. The magistrate judge recommended that

Petitioner's § 2241 petition be denied for lack of jurisdiction, as Petitioner is no longer confined

within the Bureau of Prisons and is presently residing in Corpus Christi, Texas. *See* Findings and

Recommendation at 2 (and cases cited therein).

Having reviewed the pleadings, file and record in this case, and the findings and conclusions

of the magistrate judge, the court determines that the findings and conclusions are correct in

recommending dismissal of the § 2241 petition for lack of jurisdiction. Accordingly, the

magistrate's findings and conclusions are accepted as those of the court. Petitioner's § 2241 petition

for the writ of habeas corpus is **denied**, and this action is **dismissed without prejudice**.  Final

judgment will be issued by separate document.

**It is so ordered** this _19th_ day of September, 2005.

Sam A. Lindsay
United States District Judge

**Order – Page 2**